Cite as 2015 Ark. 457



# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ADMINISTRATIVE PLANS | **Opinion Delivered** December 3, 2015 |

**PER CURIAM**

Pursuant to Administrative Orders No. 14 and No. 18, administrative plans have been submitted by all judicial circuits and district courts. The administrative plans are approved and shall be effective January 1, 2016, unless otherwise noted.